IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| FRANCIS CUELLO, | ) | **NOTICE OF VOLUNTARY** |
| Plaintiff, | ) | **DISMISSAL PURSUANT TO** |
| v. | ) | **F.R.C.P. 41(a)(1)(A)(i)** |
| | ) | |
| | ) | Case No.: 16-cv-06656 (JPO) |
| GUARANTEED RATE, INC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Francis Cuello or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant Guaranteed Rate, Inc.

Date: July 20, 2017

Respectfully submitted,

SACK & SACK, LLP

By: _____
Eric R. Stern (ERS-1918)

*Attorneys for Plaintiff*
70 East 55th Street, 10th Floor
New York, New York 10022
Tel.:   (212) 702-9000
Fax:   (212) 702-9702